UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   TAMARIA L MCAPLIN )
) CASE NO. 10-30096-DHW-13
     Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes MAX CREDIT UNION, by its attorneys, Chambless Math Carr, P.C., and objects to confirmation of the Debtor s proposed plan and in support thereof states as follows:

1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit; 2005 MERCEDES C230.

WHEREFORE, MAX CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                                MAX CREDIT UNION

                                By: /s/ Leonard N. Math

Of Counsel:
Chambless Math Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this March 10, 2010.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Vonda S. McLeod
Shinbaum, Abell, McLeod & Vann
P.O. Box 201
Montgomery AL 36101

TAMARIA L MCAPLIN
7164 EASTERN SHORE ROAD
MONTGOMERY AL 36117

                /s/ Leonard N. Math