# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                      CASE NO. 10-30096-DHW

TAMARIA L. MCALPIN,

                                                                       CHAPTER 13

    Debtor(s).

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325(b) objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on January 13, 2010.

2. The debtor(s) §341 Meeting of Creditors was continued to and completed on February 18, 2010.

3. Confirmation is scheduled for March 22, 2010.

4. The debtor is to be deployed (State side) beginning in March for one year and her pay differential was changing.

5. The debtor was to provide documentation regarding the change in her income.

6. To date the debtor has not provided the requested information and the Trustee is not able to determine if the disposable income test has been met.

WHEREFORE, the above premises considered, the Trustee objects to confirmation of the debtor(s) proposed plan in that disposable income has yet to be determined.

Respectfully submitted March 15, 2010.

                                                Curtis C. Reding
                                                Standing Chapter 13 Trustee

                   By:     /s/ Tina J. Hayes
                                   Tina J. Hayes    (HAY 049)
                                   Staff Attorney

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-264-6127
Email: hayest@ch13mdal.com

**CERTIFICATE OF SERVICE**

  I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, March 15, 2010.

              /s/ Tina J. Hayes
              Tina J. Hayes

Tamaria L. McAlpin
7164 Eastern Shore Road
Montgomery, AL 36117

Hon. Vonda S. McLeod (*via electronic filing*)